UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff/Respondent,

v.                                                  Criminal Case No. 14-20209
                                                     Civil Case No. 18-11171

Sarah Ann Calvetti,

                                                     Sean F. Cox
    Defendant/Petitioner.                   United States District Court Judge

_____/

## **ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

In an Opinion and Order issued on January 23, 2019, the Court denied Petitioner's motion to vacate her sentence under 28 U.S.C. § 2255. (ECF No. 114). The Court also declined to issue a certificate of appealability.

This matter is currently before the Court on Petitioner's application seeking to proceed *in forma pauperis* on appeal. (ECF No. 117).

The standard for issuing a certificate of appealability is a higher threshold than the standard for granting *in forma pauperis* status, which requires showing that the appeal is not frivolous. Although this Court declines to issue a certificate of appealability because that standard is not met, the issues are not frivolous. Therefore, an appeal could be taken in good faith, and Petitioner may proceed *in forma pauperis* on appeal. 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(a)(2); *Foster v. Ludwick*, 208 F.Supp.2d 750, 764 (E.D. Mich. 2002).

Accordingly, Petitioner's application to proceed *informa pauperis* is GRANTED.

    IT IS SO ORDERED.

```
                                        s/Sean F. Cox
                                        Sean F. Cox
                                        United States District Judge
```

Dated: March 8, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 8, 2019, by electronic and/or ordinary mail.

```
                         s/Brianna Garant
                         Case Manager
```